# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Howard, Christine | § § § § | Case No.  09 B 46298 |
| Debtor | | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

 1)   The case was filed on 12/07/2009.

 2)   The plan was confirmed on 02/08/2010.

 3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

 4)   The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

 5)   The case was dismissed on 10/18/2010.

 6)   Number of months from filing or conversion to last payment: 9.

 7)   Number of months case was pending: 11.

 8)   Total value of assets abandoned by court order: (NA).

 9)   Total value of assets exempted: $17,925.00.

 10)  Amount of unsecured claims discharged without full payment: $0.

 11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,058.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$9,058.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,431.50 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $523.28 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,954.78** |
| Attorney fees paid and disclosed by debtor | $450.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $495.62 | $1,335.30 | $1,335.30 | $0 | $0 |
| Internal Revenue Service | Priority | $6,105.15 | $6,400.20 | $6,400.20 | $0 | $0 |
| CitiMortgage Inc | Secured | $80,057.00 | $72,396.31 | $72,396.31 | $0 | $0 |
| CitiMortgage Inc | Secured | $6,259.00 | $4,329.11 | $4,329.11 | $0 | $0 |
| Great American Finance Company | Secured | NA | $550.00 | $550.00 | $0 | $0 |
| HSBC Auto Finance | Secured | $5,675.00 | $5,675.00 | $5,675.00 | $1,506.51 | $0 |
| Wells Fargo Auto Finance | Secured | $8,300.00 | $10,050.00 | $8,300.00 | $3,596.71 | $0 |
| ACC International | Unsecured | $175.48 | NA | NA | $0 | $0 |
| ADT Security Systems | Unsecured | $333.69 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $1,160.77 | NA | NA | $0 | $0 |
| Ashro Lifestyle | Unsecured | $75.23 | NA | NA | $0 | $0 |
| Caine & Weiner | Unsecured | $418.23 | NA | NA | $0 | $0 |
| CBA | Unsecured | $195.00 | NA | NA | $0 | $0 |
| Citizens Financial Services | Unsecured | $490.57 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $1,163.11 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $285.25 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $535.23 | $451.65 | $451.65 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Management Co. | Unsecured | $31.86 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $217.00 | NA | NA | $0 | $0 |
| Disney Movie Club | Unsecured | $40.90 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $714.00 | $714.14 | $714.14 | $0 | $0 |
| Federal National Mortgage Asso | Unsecured | NA | $4,642.86 | $4,642.86 | $0 | $0 |
| First Premier | Unsecured | $200.00 | NA | NA | $0 | $0 |
| First Source Bank | Unsecured | $1,295.16 | NA | NA | $0 | $0 |
| Great American Finance Company | Unsecured | $1,010.32 | $460.32 | $460.32 | $0 | $0 |
| Harris & Harris | Unsecured | $600.00 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | $211.00 | NA | NA | $0 | $0 |
| HSBC Auto Finance | Unsecured | $211.00 | $463.16 | $463.16 | $0 | $0 |
| HSN Credit Dept | Unsecured | $149.99 | NA | NA | $0 | $0 |
| ICS | Unsecured | $165.50 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | $1,245.01 | $1,487.06 | $1,487.06 | $0 | $0 |
| Illinois Collection Service | Unsecured | $81.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Human Services | Unsecured | $17,206.49 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $215.72 | $215.72 | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $73.20 | $73.20 | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $208.77 | NA | NA | $0 | $0 |
| LTD Financial Services | Unsecured | $27.90 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $115.00 | NA | NA | $0 | $0 |
| Medical Recovery Specialists | Unsecured | $2,369.00 | NA | NA | $0 | $0 |
| Millenium Credit Consultants | Unsecured | $395.42 | NA | NA | $0 | $0 |
| Mineral Science | Unsecured | $69.95 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $174.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $269.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $1,250.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $1,468.13 | NA | NA | $0 | $0 |
| National Credit Solution | Unsecured | $176.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $40.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $303.39 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $414.00 | NA | NA | $0 | $0 |
| New Horizons | Unsecured | $601.49 | NA | NA | $0 | $0 |
| North Shore Agency Inc | Unsecured | $45.46 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $165.50 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $236.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $2,097.15 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwestern Memorial Hospital | Unsecured | $7,282.15 | NA | NA | $0 | $0 |
| OSI Collection Services Inc | Unsecured | $404.00 | NA | NA | $0 | $0 |
| Pediatric Faculty Foundation I | Unsecured | $803.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $229.16 | $174.09 | $174.09 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $553.00 | $553.03 | $553.03 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $4,663.00 | $4,663.63 | $4,663.63 | $0 | $0 |
| Premier Credit | Unsecured | $893.00 | NA | NA | $0 | $0 |
| Professional Recovery Service | Unsecured | $2,027.37 | NA | NA | $0 | $0 |
| Provident Hospital | Unsecured | $1,508.40 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $592.77 | $592.77 | $592.77 | $0 | $0 |
| Seventh Avenue | Unsecured | $268.88 | NA | NA | $0 | $0 |
| South Shore Hospital | Unsecured | $349.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $130.53 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $69.45 | NA | NA | $0 | $0 |
| Tri-State Adjustments | Unsecured | $269.00 | NA | NA | $0 | $0 |
| UIC Medical Center | Unsecured | $195.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $211.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $28.00 | NA | NA | $0 | $0 |
| University Of Chicago Physicians | Unsecured | $370.00 | NA | NA | $0 | $0 |
| Wells Fargo Auto Finance | Unsecured | $14,460.46 | $14,725.47 | $14,725.47 | $0 | $0 |
| Wells Recover | Unsecured | $14,460.46 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $72,396.31 | $0 | $0 |
| Mortgage Arrearage | $4,329.11 | $0 | $0 |
| Debt Secured by Vehicle | $13,975.00 | $5,103.22 | $0 |
| All Other Secured | $550.00 | $0 | $0 |
| **TOTAL SECURED:** | $91,250.42 | $5,103.22 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $7,735.50 | $0 | $0 |
| **TOTAL PRIORITY:** | $7,735.50 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $29,217.10 | $0 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $3,954.78 | |
| Disbursements to Creditors | $5,103.22 | |
| **TOTAL DISBURSEMENTS:** | | $9,058.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: November 30, 2010        By: /s/ MARILYN O. MARSHALL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.